## STATEMENT OF FACTS

Your affiant, ███████████, is employed as a ███████████ by the Federal Bureau of Investigation ("FBI"). Specifically, I am assigned to the ███████████ ███████████, where I am currently tasked with investigating criminal activity in and around the United States Capitol grounds. As a ███████████, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In January 2021, the FBI opened an investigation on Steven Richard Hassel (Hassel) based on information received that Hassel unlawfully entered the United States Capitol Building, a restricted building, on January 6, 2021, in violation of feder
al law. Your affiant has since reviewed both U.S. Capitol CCTV and open-source footage that appears to depict Hassel at the U.S. Capitol and its grounds on January 6, 2021.

### *Identification of Steven Hassel*

Records obtained from Southwest Airlines revealed that Hassel traveled with family members David Arredondo and S.A. from El Paso International Airport, Texas, to Ronald Regan National Airport in Arlington, Virginia, on January 4, 2021, and returned to El Paso on January 8, 2021. Hassel is the nephew of David Arredondo and S.A.

Records obtained from the Capitol Hill Hotel revealed that S.A. booked a hotel room at the Capitol Hill Hotel, 200 C Street, Southeast, Washington, D.C., from January 4, 2021, to January 8, 2021 (the Capitol Hill Hotel is approximately ½ mile from the Capitol Building). Capitol Hill Hotel video surveillance footage showed that individuals matching the description of S.A., David Arredondo, and Hassel entered the hotel together on January 4, 2021 and exited together on January 6, 2021. On January 6, 2021, Hassel can be seen leaving the hotel wearing light gray pants, a black jacket, and a distinctive black backpack with red trim (see Images 1-3).



*Image 1: Hassel arrives at Capitol Hill Hotel with uncles David Arredondo and S.A.*


*Image 2: Hassel leaves Capitol Hill Hotel with uncles David Arredondo and S.A.*


*Image 3: Hassel leaves Capitol Hill Hotel with uncles David Arredondo and S.A.*

Hassel appeared inside the U.S. Capitol on January 6 wearing the same clothing (see Images 4-5) (specifically, light gray pants and a black jacket) and backpack with red trim.


*Image 4: Hassel inside the U.S. Capitol*


*Image 5: Hassel inside the U.S. Capitol*

As of November 2022, Hassel worked for Allied Universal Security at Summerglen Homeowners Association site in San Antonio, texas. His co-worker was interviewed, shown the above photos, and asked if he recognized the subject of the photos. He said, "that looks like Steven Hassel who is a co-worker of mine." The FBI attempted to interview Hassel as well. Though Hassel declined the interview, agents had an opportunity to observe and interact with Hassel and confirmed that the above photos, as well as in the additional photos below, depict Hassel.

The FBI also conducted physical surveillance of David Arredondo and compared images 1-3 above to their own observations of David Arredondo as well as images of David Arredondo on social media and in David Arredondo' driver's license. The FBI assessed that the images above depict David Arredondo leaving the Capitol Hill Hotel on January 6, 2021.

On January 3, 2024, David Arredondo pled guilty to an eight-count indictment charging him with, among other things, assaulting, impeding or resisting a U.S. Capitol Police Officer on January 6, 2021.

### *Conduct on January 6*

Video footage from the east plaza of the Capitol appears to depict Hassel standing in a crowd against a row of bicycle-rack barricades that police were using as crowd-control barriers at the Capitol on January 6. He is wearing his light gray pants, black jacket, and red-trimmed backpack, as well as a black knit hat, black gloves, and transition lenses. He is also seen holding a Go-Pro style selfie stick. As highlighted in the still images below, which are taken from U.S. Capitol Police surveillance footage, the crowd began to pull apart the barricades separating them from the police and the Capitol, despite police attempts to stop them and keep the police line in place. Hassel participated by grabbing one of the barriers, leaning back, and pulling on the barrier forcibly several times in opposition to the officers. This removal of the barrier away from its original position opened up space for the crowd to surge forward and move toward the Capitol building (see Images 6-8).



*Image 6: Hassel pulls on barricade at the U.S. Capitol*


*Image 7: Hassel pulls on barricade at the U.S. Capitol*


*Image 8: Hassel pulls on barricade at the U.S. Capitol*

Open-source footage of this altercation from the other side also depicts Hassel up against the police line, wearing his distinctive black and red backpack (see Images 9 and 10).


*Image 9: Hassel at east side of U.S. Capitol*


*Image 10: Hassel at east side of U.S. Capitol*

Once the crowd breached the line of bike rack barricades on the east side of the U.S. Capitol, the police formed a new police line on the east steps of the Capitol. Hassel approached this police line as well, and is seen in open-source video waving rioters behind him forward toward the Capitol (see Image 11). He is still wearing his black knit hat and holding a selfie stick.


*Image 11: Hassel waves crowd forward on east steps*

Once again, the crowd overcame the police officers guarding the U.S. Capitol building, and approached the Rotunda Doors. Hassel stood with the crowd outside the door as the crowd chanted and tried to enter the Capitol building (see Image 12).


*Image 12: Hassel approaching Rotunda Door*

The crowd ultimately breached the Rotunda Doors multiple times. At approximately 3 p.m., Hassel entered the U.S. Capitol via the Rotunda Doors (see image 13, below, and image 4, above).


*Image 13: Hassel entering Capitol Building via Rotunda Door at approximately 3 p.m.*

Once inside the U.S. Capitol, Hassel traveled upstairs and entered a hallway containing congressional offices, including the office of then-Minority Leader Kevin McCarthy. Hassel later returned downstairs and entered the Rotunda. He exited the Capitol at approximately 3:17 p.m., more than fifteen minutes after entering (see images 14-17).


*Image 14: Hassel walks through foyer inside Rotunda Doors*


*Image 15: Hassel walks by office of Minority Leader McCarthy*


*Image 16: Hassel in Capitol Rotunda*



*Image 17: Hassel prepares to exit Capitol through Rotunda Door*

Based on the foregoing, your our affiant submits there is probable cause to believe that Steven Hassel violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits that there is also probable cause to believe that Hassel violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting.

Your affiant submits there is also probable cause to believe that Hassel violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone, on this 27th day of August 2024.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE