# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Steven Hassel

*Defendant*

) Case: 1:24-mj-00277
) Assigned To : Judge G. Michael Harvey
) Assign. Date : 8/27/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Steven Hassel_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 08/27/2024

G. Michael Harvey — Digitally signed by G. Michael Harvey
*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/27/2024, and the person was arrested on *(date)* 8/28/2024
at *(city and state)* San Antonio, TX.

Date: 8/28/2024

SA [signature]
*Arresting officer's signature*

Special Agent Tristan Hyland
*Printed name and title*