AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**Steven Hassel**<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | **Case: 1:24-mj-00277**<br>**Assigned To : Judge G. Michael Harvey**<br>**Assign. Date : 8/27/2024**<br>**Description: COMPLAINT W/ARREST WARRANT** |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Steven Hassel _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted  Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:  _____08/27/2024_____

G. Michael Harvey   Digitally signed by
G. Michael Harvey

_____
*Issuing officer's signature*

City and state:  _____Washington, D.C._____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  **8/27/2024** , and the person was arrested on *(date)*  **8/28/2024**<br>at *(city and state)*  **San Antonio, TX** .<br><br>Date: **8/28/2024**          SA _____<br>                                    *Arresting officer's signature*<br><br>                        Special Agent Tristan Hyland<br>                              *Printed name and title* |

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

**SA:24-MJ-1224**

|  |  |  |
|---|---|---|
| United States of America | ) | Case: 1:24-mj-00277 |
| v. | ) | Assigned To : Judge G. Michael Harvey |
| Steven Hassel | ) | Assign. Date : 8/27/2024 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) |  |
|  | ) |  |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ____ Columbia ____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 231(a)(3) (Civil Disorder), | |
| 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted  Building or Grounds), | |
| 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), | |
| 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building), | |
| 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 08/27/2024 _____

*Judge's signature*

City and state: _____ Washington, D.C. _____     G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

4



Assigned To : Judge G. Michael Harvey
Assign. Date : 8/27/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████████, is employed as a ████████████ by the Federal Bureau of Investigation ("FBI"). Specifically, I am assigned to the ████████████ , where I am currently tasked with investigating criminal activity in and around the United States Capitol grounds. As a ████████████, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

5

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In January 2021, the FBI opened an investigation on Steven Richard Hassel (Hassel) based on information received that Hassel unlawfully entered the United States Capitol Building, a restricted building, on January 6, 2021, in violation of feder
al law. Your affiant has since reviewed both U.S. Capitol CCTV and open-source footage that appears to depict Hassel at the U.S. Capitol and its grounds on January 6, 2021.

### *Identification of Steven Hassel*

Records obtained from Southwest Airlines revealed that Hassel traveled with family members David Arredondo and S.A. from El Paso International Airport, Texas, to Ronald Regan National Airport in Arlington, Virginia, on January 4, 2021, and returned to El Paso on January 8, 2021. Hassel is the nephew of David Arredondo and S.A.

Records obtained from the Capitol Hill Hotel revealed that S.A. booked a hotel room at the Capitol Hill Hotel, 200 C Street, Southeast, Washington, D.C., from January 4, 2021, to January 8, 2021 (the Capitol Hill Hotel is approximately ½ mile from the Capitol Building). Capitol Hill Hotel video surveillance footage showed that individuals matching the description of S.A., David Arredondo, and Hassel entered the hotel together on January 4, 2021 and exited together on January 6, 2021. On January 6, 2021, Hassel can be seen leaving the hotel wearing light gray pants, a black jacket, and a distinctive black backpack with red trim (see Images 1-3).



*Image 1: Hassel arrives at Capitol Hill Hotel with uncles David Arredondo and S.A.*



*Image 2: Hassel leaves Capitol Hill Hotel with uncles David Arredondo and S.A.*



*Image 3: Hassel leaves Capitol Hill Hotel with uncles David Arredondo and S.A.*

Hassel appeared inside the U.S. Capitol on January 6 wearing the same clothing (see Images 4-5) (specifically, light gray pants and a black jacket) and backpack with red trim.



*Image 4: Hassel inside the U.S. Capitol*



*Image 5: Hassel inside the U.S. Capitol*

As of November 2022, Hassel worked for Allied Universal Security at Summerglen Homeowners Association site in San Antonio, texas. His co-worker was interviewed, shown the above photos, and asked if he recognized the subject of the photos. He said, "that looks like Steven Hassel who is a co-worker of mine." The FBI attempted to interview Hassel as well. Though Hassel declined the interview, agents had an opportunity to observe and interact with Hassel and confirmed that the above photos, as well as in the additional photos below, depict Hassel.

The FBI also conducted physical surveillance of David Arredondo and compared images 1-3 above to their own observations of David Arredondo as well as images of David Arredondo on social media and in David Arredondo' driver's license. The FBI assessed that the images above depict David Arredondo leaving the Capitol Hill Hotel on January 6, 2021.

On January 3, 2024, David Arredondo pled guilty to an eight-count indictment charging him with, among other things, assaulting, impeding or resisting a U.S. Capitol Police Officer on January 6, 2021.

### *Conduct on January 6*

Video footage from the east plaza of the Capitol appears to depict Hassel standing in a crowd against a row of bicycle-rack barricades that police were using as crowd-control barriers at the Capitol on January 6. He is wearing his light gray pants, black jacket, and red-trimmed backpack, as well as a black knit hat, black gloves, and transition lenses. He is also seen holding a Go-Pro style selfie stick. As highlighted in the still images below, which are taken from U.S. Capitol Police surveillance footage, the crowd began to pull apart the barricades separating them from the police and the Capitol, despite police attempts to stop them and keep the police line in place. Hassel participated by grabbing one of the barriers, leaning back, and pulling on the barrier forcibly several times in opposition to the officers. This removal of the barrier away from its original position opened up space for the crowd to surge forward and move toward the Capitol building (see Images 6-8).



*Image 6: Hassel pulls on barricade at the U.S. Capitol*



*Image 7: Hassel pulls on barricade at the U.S. Capitol*



*Image 8: Hassel pulls on barricade at the U.S. Capitol*

Open-source footage of this altercation from the other side also depicts Hassel up against the police line, wearing his distinctive black and red backpack (see Images 9 and 10).



*Image 9: Hassel at east side of U.S. Capitol*



*Image 10: Hassel at east side of U.S. Capitol*

Once the crowd breached the line of bike rack barricades on the east side of the U.S. Capitol, the police formed a new police line on the east steps of the Capitol. Hassel approached this police line as well, and is seen in open-source video waving rioters behind him forward toward the Capitol (see Image 11). He is still wearing his black knit hat and holding a selfie stick.



*Image 11: Hassel waves crowd forward on east steps*

Once again, the crowd overcame the police officers guarding the U.S. Capitol building, and approached the Rotunda Doors. Hassel stood with the crowd outside the door as the crowd chanted and tried to enter the Capitol building (see Image 12).



*Image 12: Hassel approaching Rotunda Door*

The crowd ultimately breached the Rotunda Doors multiple times. At approximately 3 p.m., Hassel entered the U.S. Capitol via the Rotunda Doors (see image 13, below, and image 4, above).



*Image 13: Hassel entering Capitol Building via Rotunda Door at approximately 3 p.m.*

Once inside the U.S. Capitol, Hassel traveled upstairs and entered a hallway containing congressional offices, including the office of then-Minority Leader Kevin McCarthy. Hassel later returned downstairs and entered the Rotunda. He exited the Capitol at approximately 3:17 p.m., more than fifteen minutes after entering (see images 14-17).



*Image 14: Hassel walks through foyer inside Rotunda Doors*



*Image 15: Hassel walks by office of Minority Leader McCarthy*



*Image 16: Hassel in Capitol Rotunda*



*Image 17: Hassel prepares to exit Capitol through Rotunda Door*

Based on the foregoing, your our affiant submits there is probable cause to believe that Steven Hassel violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits that there is also probable cause to believe that Hassel violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting.

Your affiant submits there is also probable cause to believe that Hassel violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone, on this 27th day of August 2024.

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA                                §
*Plaintiff,*                                                           §        No.: SA:24-M -01224(1)
                                                                           §        *District of Colombia*
vs.                                                                       §        *24-MJ-1224*
                                                                           §        Date:August 28, 2024
(1) STEVEN HASSEL                                            §        Time in Court: 2:46 - 3:06 (14 min)
*Defendant,*                                                       §        **SWORN**  [X]
*AKA:*

## PROCEEDING MEMO - INITIAL APPEARANCE

1. [X] Complaint Filed    **August 28, 2024**    [X] Arrest Warrant Issued _____
   [ ] Indictment                                                                              *(Date)*
   [ ] Information
   [ ] Prob Form 12                                    [X] Agency _____
   [X] Arrested    **in custody - August 28, 2024**
                            *Date*

2. **COURT PERSONNEL:**
   Magistrate Judge: **RICHARD B. FARRER** _____
   Courtroom Deputy: Abigail Chaparro _____
   Interpreter: Yes (No)

3. **APPEARANCES:**        For the United States: ____ **EXCUSED** ____
                                       For the Defendant: _____
                                       Address: _____
                                       _____
                                       Phone: _____
                                       Retained [ ]        FPD [ ]        CJA [ ]

4. **PROCEEDINGS:**
   a. [X] Defendant found competent.
   b. [X] Defendant informed of and received copy of charging document.
         Violation: _____
   c. [X] Defendant informed of maximum penalty: _____
         _____
         _____
   d. [X] Defendant informed of constitutional rights.
         *My constitutional rights have been explained to me.*
         Date _____ Signature _____
   e. [X] Defendant informed of right to Preliminary  Hearing:
         set for ____ September 3rd, 2024 @ 10:30 am

17

OR
☐ No right to Preliminary Hearing.
Arraignment set for _____

4. **PROCEEDINGS: (Continued)**
   f. ☒ Defendant informed of right to legal counsel.
   _____ 1) Defendant waives counsel, **OR**
   _____ 2) Defendant will try to secure counsel and inform court by _____
   as to name, address of counsel retained, **OR**
   __X__ 3) Defendant requests appointment of counsel.
   Defendant has completed financial affidavit.
   a) Court finds Defendant is financially eligible and orders counsel
   _____ appointed.
   **OR**
   _____ b) Court finds Defendant is financially ineligible and denies request.
   Defendant to advise Court by _____ as to name, address of counsel retained.

   g. ☒ **PRETRIAL RELEASE:**
   ☐ 1) Government moved for detention under §3124(f).
   Detention Hearing set for: _____
   ☐ 2) Court SUA SPONTE "moves" for detention.
   Detention Hearing set for: _____
   ☐ 3) Temporary detention ordered.
   Bond Hearing set for: _____
   ☐ 4) Court orders Defendant be released on the following conditions:
   _____ a) Personal recognizance.
   _____ b) Defendant's bond set at _____
   _____ which is unsecured.
   _____ which requires _____ % deposit.
   _____ which requires 100% cash/corporate/surety.
   _____ c) Additional conditions of release as set forth in Order Setting Conditions of
   Release.
   ☐ 5) Detention ordered (i.e., Probation Violation).

   h. ☐ Temporary commitment issued _____
   *Date*

   i. ☐ Preliminary Hearing continued/reset to _____
   at _____ *Date*
   *Time*

   j. ☐ Preliminary Hearing held _____
   *Date*

   k. ☐ Probable Cause found _____
   **OR** *Date*
   ☐ No Probable Cause found _____
   *Date*

   l. ☐ Defendant held to District Court _____
   *Date*

   m. ☐ Defendant dismissed on Government's motion _____

n. ☐ **Final Commitment Issued** _____
*Date*

o. ☐ **Arraignment Set** _____
*Date*

5. a. ☒ **OTHER PROCEEDINGS** Identity hearing set for 9/3/24
at 9:30 am Defendant waived identity
hearing.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:24-M -01224(1) |
| vs. | § | |
| | § | |
| (1) STEVEN HASSEL | § | |
| *Defendant,* | § | |

## ORDER APPOINTING COUNSEL

The above-named Defendant having satisfied this Court after appropriate inquiry that

Defendant (1) does not wish to waive representation by counsel, and (2) is financially unable to

obtain counsel, the Federal Public Defender is hereby **APPOINTED** to represent the defendant

in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall

nevertheless remain in effect until terminated or a substitute attorney is appointed or retained.

**SIGNED** on  **August 28, 2024.**

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**

**FILED**

**AUG 28 2024**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:24-M -01224(1) |
| vs. | § | |
| | § | REF: |
| (1) STEVEN HASSEL | § | |
| *Defendant* | § | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Excluding Probation Cases)

I, _____ (1) STEVEN HASSEL _____ understand that in the
_____ District of Colombia _____ charges are pending
alleging violation of _____ Criminal Complaint _____

and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)  Identity Hearing.

(  )  Preliminary Hearing.

(  )  Detention Hearing

(  )  Identity Hearing and I have been informed I have no right to a preliminary examination.

(  )  Identity Hearing but request a preliminary and/or detention hearing be held in the prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
**(1) STEVEN HASSEL,** *Defendant*

08/28/2024
*Date*

_____
*Counsel for Defendant*

21

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: SA:24-MJ-1224 |
| | § | |
| STEVEN HASSEL | § | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __Courtroom A_____
*Place*

on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX
*Place*

on                            08/28/2024 at 2:00 PM
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Person or organization

Address *(only if above is an organization)*

City and state      Tel. No.

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings. and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

*Custodian*      *Date*

( X ) (7) The defendant must:

( X ) (a) submit to supervision by and report for supervision to the   PRETRIAL SERVICES, AS DIRECTED

     telephone number   210-472-4053   , no later than   immediately upon release

( ) (b) continue or actively seek employment.

( X ) (c) continue or start an education program.

( ) (d) surrender any passport to:

( ) (e) not obtain a passport or other international travel document.

( X ) (f) abide by the following restrictions on personal association. residence. or travel:   Reside at an address approved by U.S. Pretrial Services. Travel is restricted to Continental U.S.
. Stay away from Washington, D.C. unless for court. or consultation with Pretrial Sevices or attorney.

( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution. including:

( X ) (h) get medical or psychiatric treatment as directed by the Pretrial Service Office & pay as directed:

( ) (i) return to custody each    at    o'clock after being released at    o'clock for employment, schooling. or the following purposes:

( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ) (k) not possess a firearm. destructive device, or other weapon.

( ) (l) not use alcohol ( ) at all ( ) excessively.

( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing. the wearing of a sweat patch. a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct. attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer, as directed.

( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

     ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from    to    , or ( ) as directed by the pretrial services office or supervising officer; or

     ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

     ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

     ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. Howerver, you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

     ( ) (i) Location monitoring technology as directed by the pretrial services officer; or

     ( ) (ii) Voice Recognition; or

     ( ) (iii) Radio Frequency; or

     ( ) (iv) GPS.

( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( X ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests. questioning. or traffic stops.

( ) (t)

23

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

(    ) The defendant is ORDERED released after processing.

(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   08/28/2024

_____
*Judicial Officer's Signature*

RICHARD B. FARRER, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

24

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case Number: SA:24-MJ-1224 |
| | § | |
| STEVEN HASSEL | § | |
| *Defendant* | | |

## APPEARANCE BOND

### Defendant's Agreement

I __(9) CHARLE SALCEDO PORTILLA__ *(defendant),* agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- [X] to appear for court proceedings;
- [X] if convicted, to surrender to serve a sentence that the court may impose; or;
- [X] to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

- [ ] (1) This is a personal recognizance bond.

- [X] (2) This is an unsecured bond of $ 15,000 _____.

- [ ] (3) This is a secured bond of $ _____, secured by:

  - [ ] (a) $ _____, in cash deposited with the court.

  - [ ] (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it - such as a lien, mortgage, or loan - and attach proof of ownership and value):*

    _____

    _____

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  - [ ] (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

    _____

    _____

    _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: __August 28, 2024__

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: __August 28, 2024__

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: __August 28, 2024__

_____
*Judge's signature*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § Case Number: SA:24-MJ-1224-RBF |
| V. | § San Antonio-WDTX |
| | § |
| STEVEN HASSEL | § Case Number: 1:24-MJ-00277 |
| | § District of Colombia |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my rights to a preliminary hearing under Fed. R. Crim. P. 5.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.

Aug - 30 - 2024

**Date**

August 30, 2024

**Date**

*steven*

**Defendant**

Molly Lizbeth Rorin

**Name of Attorney for Defendant (Print)**

**Signature of Attorney for Defendant**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

United States of America
*Plaintiff*

vs.

(1) Steven Hassel
*Defendant*

§
§
§
§
§
§

Case Number: SA:24-M -01224(1)

## ORDER SETTING PRELIMINARY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for 10:30 AM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Tuesday, September 03, 2024.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **29th day of August, 2024.**

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Criminal No. SA:24-M -01224(1)** |
| | § | |
| **(1) Steven Hassel** | § | *Ref: 1:24-MJ-277* |

### ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

__(1) Steven Hassel__ ,charged in a proceeding pending in the

### DISTRICT OF COLUMBIA

__DISTRICT OF COLUMBIA__ DIVISION for

### COMPLAINT

and having been arrested in this district and having waived hearing as evidenced by waiver attached hereto.

YOU ARE HEREBY COMMANDED to remove __(1) Steven Hassel__ forthwith

to the __District of Columbia__ , __District of Columbia__ DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

ORDERED at SAN ANTONIO, Texas on **30th day of August, 2024**.

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**

31

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CRIMINAL DOCKET FOR CASE #: <u>5:24–mj–01224–RBF</u> All Defendants

Case title: USA v. Hassel

Date Filed: 08/28/2024

Date Terminated: 08/30/2024

---

Assigned to: Judge Richard B. Farrer

**<u>Defendant (1)</u>**

**Steven Hassel**
*TERMINATED: 08/30/2024*

represented by **Duty Pub. Defender–San Antonio**
Federal Public Defender
San Antonio Division
300 Convent St.
Suite 2300
San Antonio, TX 78205
(210) 472–6700
Fax: 210/472–4454
Email: janie_craig@fd.org
*TERMINATED: 08/29/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Molly Lizbeth Roth**
Federal Public Defender, TXW
San Antonio
300 Convent Street
Suite 2300
San Antonio, TX 78205
210–472–6700
Email: molly_roth@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Pending Counts</u>**

**<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**

**<u>Disposition</u>**

None

1

**Highest Offense Level**
**(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

18:231.F–Civil Disorder;
18:1752.P–Entering and Remaining
in a Restricted Building or Grounds;
18:1752.P–Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds;,
40:5104E.M–Disorderly Conduct in
a Capitol Building;
40:5104E.M–Disorderly Conduct in
a Capitol Building;

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/28/2024 | 1 | Arrest (Rule 5/Rule 32.1) of Steven Hassel (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 2 | Minute Entry for proceedings held before Judge Richard B. Farrer:Initial Appearance as to Steven Hassel held on 8/28/2024. Defendant requests appointment of counsel. (Minute entry documents are not available electronically.) (Court Reporter FTR GOLD.) (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 3 | CJA 23 Financial Affidavit by Steven Hassel (SEALED pursuant to E–Government Act of 2002). (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Duty Pub. Defender–San Antonio for Steven Hassel. Signed by Judge Richard B. Farrer. (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 5 | WAIVER – Rule 5/Rule 32.1 as to Steven Hassel. (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 6 | ORDER Setting Conditions of Release as to Steven Hassel (1) $15,000.00 Unsecured Bond.. Signed by Judge Richard B. Farrer. (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 7 | Unsecured Bond Filed as to Steven Hassel in amount of $ 15,000.00. (rqr) (Entered: 08/28/2024) |
| 08/28/2024 | 8 | NOTICE OF ATTORNEY APPEARANCE: Molly Lizbeth Roth appearing for Steven Hassel . Attorney Molly Lizbeth Roth added to party Steven Hassel(pty:dft) (Roth, Molly) (Entered: 08/28/2024) |
| 08/29/2024 | 10 | ORDER SETTING PRELIMINARY HEARING as to Steven Hassel, ( Preliminary Hearing set for 9/3/2024 10:30 AM before Judge U.S. Magistrate Judge,). Signed by Judge Richard B. Farrer. (mgr) (Entered: 08/30/2024) |

| 08/30/2024 | 9 | Waiver of Preliminary Hearing by Steven Hassel (Roth, Molly) (Entered: 08/30/2024) |
|---|---|---|
| 08/30/2024 | 11 | COMMITMENT TO ANOTHER DISTRICT/DIVISION as to Steven Hassel. Defendant committed to District of Columbia.. Signed by Judge Richard B. Farrer. (rqr) (Entered: 09/01/2024) |